UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| BRANDON CURTIS FORD, | : | CASE NO. 1:19-cv-02456 |
| Plaintiff, | : | OPINION & ORDER |
| | : | [Resolving Doc. 1] |
| vs. | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Plaintiff Brandon Curtis Ford asks the Court to review the Social Security Commissioner's final decision, denying his application for Supplemental Security Income.[1]

Under Local Rule 72.2(b), this case was automatically referred to a Magistrate Judge for a Report and Recommendation.[2] On June 2, 2020, Magistrate Judge Jonathan D. Greenberg issued a Report and Recommendation, recommending that this Court affirm the Commissioner's decision.[3] Any objections to the Report and Recommendation were due on June 16, 2020.[4] Neither party filed objections.

If the parties do not object, the Court may adopt a Report and Recommendation without further review.[5]

---

[1] Doc. 1. The parties filed merits briefs. Docs. 11, 14.
[2] Local Rule 72.2(b).
[3] Doc. 15.
[4] 28 U.S.C. § 636(b)(1); Local Rule 72.3(b).
[5] *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149–53 (1985); *U.S. v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Case No. 1:19-cv-02456
GWIN, J.

Consequently, the Court **ADOPTS** Magistrate Judge Greenberg's Report and Recommendation and **AFFIRMS** the Commissioner's final decision.

IT IS SO ORDERED.

Dated: February 9, 2021  *s/       James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE